UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 3:23-cr-73/TKW-03

EDMAR AGUSTIN GONZALEZ
_____/

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Count One of the indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined the guilty plea was knowing and voluntary and the offense charged is supported by an independent basis in fact containing each of the essential elements thereof. I therefore recommend the plea of guilty be accepted and the Defendant be adjudicated guilty and have sentence imposed accordingly.

Dated:       February 23, 2024.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within twenty-four (24) hours after being served a copy thereof.  **Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.**  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* U.S. Ct. of App. 11th Cir. Rule 3-1; 28 U.S.C. § 636.

Gonzalez, Edmar Agustin 323cr73-03 R&R on Guilty Plea